# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (609) 989-0508

CHAMBERS OF
**PETER G. SHERIDAN**
JUDGE

CLARKSON S. FISHER BUILDING
U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, NEW JERSEY 08608

TO:          All Counsel of Record

FROM:        Peter G. Sheridan, U.S.D.J.

DATE:        June 10, 2013

RE:          Arthur Chassen, et al. v. Fidelity National Financial, Inc., et al.
             09-CV-291 (PGS)

---

It has come to my attention that the Third Circuit Court of Appeals issued a decision on

May 28, 2013 in the case *Guidotti v. Legal Helpers Debt Resolution, LLC*, 12-1170, which may

have an impact on our case. The Lexis citation for the Third Circuit's decision in *Guidotti* is

2013 U.S. App. LEXIS 10642, and the Westlaw citation is 2013 WL 2302324. Please submit a

memorandum of law discussing what, if any, impact the Third Circuit's decision in *Guidotti* has

on our case. The memorandum of law shall be submitted to the Court and served on all parties

on or before June 17, 2013. The length of the memorandum of law shall be limited to ten (10)

pages, and it must conform to the format requirements set forth in Local Civil Rule 7.2.